UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA S. TAYLOR,

      Plaintiff,                                Case No. 08-cv-11318

v.                                             Judge Denise Page Hood

AUTOALLIANCE INTERNATIONAL,
INC.,

      Defendant.
_____/

## **JUDGMENT**

      This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

      Accordingly,

      Judgment is entered in favor of Defendant on Plaintiff's claims, and the matter is dismissed.

                                                              DAVID J. WEAVER
                                                              CLERK OF COURT

Approved:                                          By: s/ WILLIAM F. LEWIS

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Dated: August 24, 2009
Detroit, Michigan

      I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2009, by electronic and/or ordinary mail.

                                                              S/William F. Lewis
                                                               Case Manager